# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

-vs-                              Case No. 6:02-cv-1440-Orl-28KRS

**CHARLES DEWEY TOBIAS, JR., KAY M. TOBIAS, and OPTION ONE MORTGAGE CORPORATION,**

        Defendants.
___

## ORDER

This case is before the Court on the Report and Recommendation submitted by the United States Magistrate Judge (Doc. 113). After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed (Doc. 113) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Clerk of Court is directed to surrender the remaining funds in the Court's registry to the United States. The funds should be surrendered to the "United States Treasury" c/o Ken E. Colt, Internal Revenue Service, Revenue Officer, 850 Trafalgar Court, Suite 200, Maitland FL 32751, stating on the disbursement check that the funds are in reference to the 1991 and 1992 Form 1040 taxes of Charles Dewey Tobias, Jr.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of February, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party